UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,            Civil Action No.
UNITED HEALTHCARE INSURANCE                13-CV-375 (AKH) (KNF)
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

                                          **NOTICE OF APPEARANCE**

                    Plaintiffs,

     - against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

                    Defendants.
-----------------------------------------------------------------x

To the Clerk of the Court and all parties of record:

Please enter my appearance in this case only for Defendants, **DANIEL HAMNER, M.D., DANIEL HAMNER PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C., RICHARD HAMNER, ERIKA MACBRIDE, RAINA HAMNER and RAE BAYMILLER**. I certify that I am admitted to practice before this court.

Dated: Valhalla, New York
       March 11, 2013

                                        Yours truly,

                                        KAUFMAN BORGEEST & RYAN LLP

                                        By: _____
                                        Alex N. Niederman, Esq.
                                        Attorneys for Defendants
                                        200 Summit Lake Drive, First Floor
                                        Valhalla, New York 10595
                                        Phone: (914) 449-1000
                                        KBR File No.: 862.216

2141775