UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

                  Plaintiffs,

    - against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

                  Defendants.
-----------------------------------------------------------------x

Civil Action No.
13-CV-375 (AKH) (KNF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Jonathan B. Bruno, sworn to on the 11th day of March 2013, the exhibit annexed thereto, and the accompanying Memorandum of Law, Defendants Daniel Hamner, M.D., Daniel Hamner Physician, P.C., Daniel Hamner, M.D., P.C., Richard Hamner, Erika Macbride, Raina Hamner, and Rae Baymiller, by their attorneys, KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Alvin K. Hellerstein in Courtroom 14D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on April 1, 2013, for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2141394

Dated: New York, New York
March 11, 2013

        KAUFMAN BORGEEST & RYAN LLP

        */s/ Jonathan Bruno*
        Jonathan B. Bruno
        Stephanie B. Gitnik
        Alex N. Niederman
        *Attorneys for Defendants*
        *Daniel Hamner, M.D., Daniel Hamner*
        *Physician, P.C., Daniel Hamner, M.D., P.C.,*
        *Richard Hamner, Erika Macbride,*
        *Raina Hamner, and Rae Baymiller*
        120 Broadway, 14th Floor
        New York, New York 10271
        (212) 980-9600
        KBR File No.: 862.216

2141394