## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF MOTION, AFFIDAVIT OF JONATHAN B. BRUNO with SUPPORTING EXHIBIT, and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** were served via ECF and regular mail on the 11th day of March, 2013 upon:

*Via ECF and Regular Mail:*
Michael H. Bernstein, Esq.
John T. Seybert, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281

*Via Regular Mail*
Allan Christopher
9 Willowbrook Court
Bedford, New Hampshire 03110

_____
JONATHAN B. BRUNO

2141434