```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                    Index No. 13 Civ 375
OXFORD HEALTH INSURANCE, INC.,      (AKH, J.)(ECF Case)
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC., and      NOTICE OF APPEARANCE
UNITED HEALTHCARE SERVICES, INC.,   FOR ESTATE OF ANNE M.
                                    CHRISTOPHER
              Plaintiffs,

       -against-

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER,
M.D., P.C., THE ESTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER,
ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

              Defendants.

-------------------------------X
```

S I R S :

PLEASE TAKE NOTICE that the undersigned does hereby appear for Defendant The Estate of Anne M. Christopher.

Dated: New York, NY
       March 18, 2013

*Richard Pu*

Richard Pu, Attorney at Law
(RP 2321)
120 E. 90th St., 10C
New York, NY 10128
(212) 427-3665 (o)