

March 20, 2013

<u>By Fax</u>

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007-1312
(212) 805-7942 (fax)

So ordered
3/20/13

Re:    <u>Oxford Health Ins. v. David Hamner, 13-CIV-375 (AKH)</u>

Dear Judge Hellerstein:

I represent the Estate of Anne M. Christopher (the "Estate")
in the aforementioned RICO case based on alleged insurance fraud.
I write to request an extension until 4/18/13 to respond to the
complaint.

The facts are:

1. The original date for the Estate's response was
3/22/13;

2. The Estate has made no previous requests for an
adjournment;

3. My adversary consents to the adjournment;

4. No additional dates have been scheduled,
although the Estate's co-defendants have made a motion
to dismiss, which implies dates for opposing and reply
papers.

Accordingly, I urge that the Estate's request be granted.

Sincerely
Richard Pu
Richard Pu

cc by e-mail: john.seybert@sdma.com, jbruno@kbrlaw.com