

Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH
PLANS (NY), INC., UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and UNITED HEALTHCARE
SERVICES, INC.,

                         Plaintiffs,

-against-

DANIEL HAMNER, M.D., DANIEL HAMNER PHYSICIAN, P.C.,
DANIEL HAMNER, M.D., P.C., THE ESTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

                         Defendants.
----------------------------------------------------------------X

Civ. Act. No. 13-cv-375
(AKH)(KNF)

**STIPULATION AS TO BRIEFING SCHEDULE ON MOTION TO DISMISS**

The undersigned parties, by and through their counsel, hereby stipulate as follows:

1. On March 11, 2013, Defendants Daniel Hamner, M.D., Daniel Hamner, Physician, P.C., Daniel Hamner, M.D., P.C., Richard Hamner, Erika MacBride, Raina Hamner and Rae Baymiller (collectively, the "Moving Defendants") filed a motion to dismiss Plaintiffs' Complaint, and indicated that opposition papers were due March 11, 2013 (Doc. No. 14) and that the motion was returnable on April 1, 2013.

2. The parties have agreed to the following briefing schedule on the Moving Defendants' motion to dismiss:

   - April 16, 2013 – last day for Plaintiffs to file opposition to Moving Defendants' motion to dismiss;
   - May 7, 2013 – last day for Moving Defendants to file their reply in further support of their motion to dismiss;
   - May 8, 2013 – Return date on motion (no appearance necessary).

3. That for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/13

NY1 25826541

Dated: New York, New York
       March 19, 2013

| SEDGWICK LLP | KAUFMAN BORGEEST & RYAN LLP |
|---|---|
| _/s/_ | _/s/_ |
| Michael H. Bernstein (MB 0579) | Jonathan B. Bruno |
| John T. Seybert (JS 5014) | Stephanie B. Gitnik |
| Attorneys for Plaintiffs | Alex N. Niederman |
| OXFORD HEALTH INSURANCE, INC., OXFORD | Attorneys for Defendants |
| HEALTH PLANS (NY), INC., | DANIEL HAMNER, M.D., DANIEL HAMNER |
| UNITEDHEALTHCARE INSURANCE COMPANY | PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C., |
| OF NEW YORK, INC. AND UNITED | RICHARD HAMNER, FIONA MACBRIDE, RAINA |
| HEALTHCARE SERVICES, INC. | HAMNER, AND RAE BAYMILLER |
| 225 Liberty Street, 28th Floor | 120 Broadway, 14th Floor |
| New York, New York 10281 | New York, New York 10271 |
| Telephone: (212) 422-0202 | Telephone: (212) 980-9600 |

**SO ORDERED:**

_/s/_
**U.S.D.J.**
3/20/13