UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC., and
UNITED HEALTHCARE SERVICES, INC.,

               Plaintiffs,

      -against-

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER,
M.D., P.C., THE ESTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER,
ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

             Defendants.

----------------------------------X

Index No. 13 Civ 375
(AKH, J.)(ECF Case)

DECLARATION

    RICHARD PU, pursuant to the provisions of 28 U.S.C. §1746, declares the following under penalty of perjury:

    1. I am the lawyer for Defendant Estate of Anne M. Christopher herein.

    2. I submit this declaration for the sole purpose of placing before the Court the documents referred to in the accompanying brief.  To the best of my belief, they are true and complete copies of what they purport to be.

Executed: New York, NY
          April 18, 2013

_____
                   Richard Pu