

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH
PLANS (NY), INC., UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and UNITED HEALTHCARE
SERVICES, INC.,

                              Plaintiffs,

    -against-

DANIEL HAMNER, M.D., DANIEL HAMNER PHYSICIAN, P.C.,
DANIEL HAMNER, M.D., P.C., THE ESTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

                              Defendants.
-------------------------------------------------------------X

Civ. Act. No. 13-cv-375
(AKH)(KNF)

**STIPULATION AS TO BRIEFING SCHEDULE ON DEFENDANT THE ESTATE OF ANNE M. CHRISTOPHER'S MOTION TO DISMISS**

The undersigned parties, by and through their counsel, hereby stipulate as follows:

1. On April 17, 2013, Defendant The Estate of Anne M. Christopher (the "Estate") filed a motion to dismiss Plaintiffs' Complaint, returnable on May 16, 2013. (Doc. No. 22).

2. Pursuant to Local Rules 6.1(b), 6.4 and Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiffs' opposition is due on May 6, 2013.

3. The parties have agreed to the following briefing schedule on the Estate's motion to dismiss:

    - May 21, 2013 – last day for Plaintiffs to file opposition to the Estate's motion to dismiss;
    - June 11, 2013 – last day for the Estate to file its reply in further support of its motion to dismiss;
    - June 12, 2013 – Return date on motion (no appearance necessary).

4. That for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

NY/1264195v1

Dated: New York, New York
May 1, 2013

| SEDGWICK LLP | RICHARD PU, ESQ. |
|---|---|
| */s/ John T. Seybert* | */s/ Richard Pu* |
| Michael H. Bernstein (MB 0579)<br>John T. Seybert (JS 5014)<br>Attorneys for Plaintiffs<br>OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH PLANS (NY), INC.,<br>UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, INC. AND UNITED HEALTHCARE SERVICES, INC.<br>225 Liberty Street, 28th Floor<br>New York, New York 10281<br>Telephone: (212) 422-0202 | Richard Pu (RP 2321)<br>Attorney for Defendant<br>THE ESTATE OF ANNE M. CHRISTOPHER<br>120 East 90th Street, 10C<br>New York, New York 10128<br>Telephone: (212) 427-3665 |