**CERTIFICATE OF SERVICE**

This is to certify that true and correct copies of the foregoing: REPLY **MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS** were served via ECF and regular mail on the 7th day of May, 2013 upon:

Michael H. Bernstein, Esq.
John T. Seybert, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281

Richard Pu, Esq.
120 E. 90th Street, #10C
New York, New York 10128

_____
JONATHAN B. BRUNO

2203575