

ATTORNEYS AT LAW

725 LIBERTY STREET, 28TH FLOOR  NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com  212.422.0202 phone  212.422.0925 fax

**Sedgwick** LLP

RECEIVED
MAY 31 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Michael H. Bernstein
(212) 898-4011
michael.bernstein@sedgwicklaw.com

May 31, 2013

*Via Facsimile [(212) 805-7942]*
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

[Handwritten: The argument will be held July 8, 2013, 11:30 a.m. 5-31-13 /s/ AKH]

Re: *Oxford Health Ins., Inc., et al. v. Daniel Hamner, M.D., et al.*, Civ. Action No.: 13-CV-375 (AKH)(KNF)
    File No.: 03246-000156

Dear Judge Hellerstein:

This firm represents Plaintiffs in the above-referenced action. We write to request an adjournment of the oral argument date for Defendants' motions to dismiss currently scheduled for June 25, 2013 at 2:30 p.m. Plaintiffs' counsel is not available on that date due to a previously scheduled court conference in the Southern District of New York, Westchester County. No previous requests for an adjournment have been made. Counsel for all Defendants consent to this request.

Counsel for all parties are available to appear for oral argument at any time on the following proposed alternative dates: June 27; July 1, 8, 9, 10.

Respectfully submitted,

/s/ Michael H. Bernstein
Michael H. Bernstein
Sedgwick LLP

MHB

cc: Jonathan B. Bruno, Esq. (via e-mail)
    Richard Pu, Esq. (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/13

6/3/13

NY/1266133v1