ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/13

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy         Date: 7/2/13
by Order of Judge Alvin K. Hellerstein

Re: Oxford Health Ins. Inc. v. Daniel Hammer, M.D., et al. - 13 Civ. 375

The oral/arg. previously scheduled for July 8, 2013 is hereby adjourned.

You are hereby notified that you are required to appear for a status conference.

Date: 7/10/13
Time: 2:30 p.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
7-2-13