UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
OXFORD HEALTH INSURANCE, INC., et al.,

                        Plaintiffs,

-against-

DANIEL HAMNER, M.D., et al.,

                        Defendants.
------------------------------------------------------------ x

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS WITH LEAVE TO AMEND THE COMPLAINT**

13 Civ. 375 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 30, 2013, argument was heard on Defendants' motions to dismiss the Complaint. For the reasons stated on the record, the motion is granted in part and denied in part. The motion to dismiss Counts V and VI of the Complaint, alleging tortious interference with contractual relations, is granted. Plaintiffs will file an amended complaint by August 9, 2013, to amend their allegations of a RICO conspiracy and to name the proper party representing the estate of Defendant Anne Christopher. Defendants will answer the amended complaint by August 23, 2013. A status conference will be held on August 30, 2013, at 10:00 a.m.

       The Clerk shall mark the motions (Doc. Nos. 12, 14, 22) terminated.

       SO ORDERED.

Dated:      New York, New York
              July __, 2013

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1