```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                         Index No. 13 Civ 375
OXFORD HEALTH INSURANCE, INC.,           (AKH, J.)(ECF Case)
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE              NOTICE OF MOTION
COMPANY OF NEW YORK, INC., and
UNITED HEALTHCARE SERVICES, INC.,

                    Plaintiffs,

       -against-

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER,
M.D., P.C., ALLAN CHRISTOPHER AS
EXECUTOR FOR THE eSTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER,
ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

                    Defendants.
----------------------------------X
```

S I R S :

   PLEASE TAKE NOTICE THAT, upon the annexed Pu Declaration and the Appendix annexed thereto, and the accompanying brief, and upon all the prior papers filed and proceedings had herein, the undersigned will move this Court, on   10/15/13   before the Hon. Alvin K. Hellerstein, at 500 Pearl Street, New York, NY, Rm.   1050  , New York, NY  at 9:30 a.m. or as soon thereafter as counsel can be heard, for orders:

   1. pursuant to FRCP Rule 12(b)(5) to quash service;

   2. pursuant to FRCP Rule 12(b)(6) and Rule 9 to

    dismiss Plaintiffs' Amended Complaint (the "AC") for failure to state a claim.

and for further relief as the Court deems just and proper.

Dated: New York, NY
      September 4, 2013

*/s/ Richard Pu*

_____
Richard Pu, Esq. (RP2321)
Attorney for Defendant
Allan Christopher as Executor
of Estate of Anne M.
Christopher

120 E. 90th St., 10C
New York, NY 10128
(212) 427-3665 (o)