```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                        Index No. 13 Civ 375
OXFORD HEALTH INSURANCE, INC.,          (AKH, J.)(ECF Case)
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC., and          DECLARATION
UNITED HEALTHCARE SERVICES, INC.,

                    Plaintiffs,

        -against-

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER,
M.D., P.C., ALLAN CHRISTOPHER AS
EXECUTOR FOR THE eSTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER,
ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

                    Defendants.

----------------------------------X
```

RICHARD PU, pursuant to the provisions of 28 U.S.C. §1746, declares the following under penalty of perjury:

1. I am the lawyer for Defendant Allan Christopher as the Executor of the Estate of Anne M. Christopher.

2. I submit this declaration for the sole purpose of placing before the Court the documents referred to in the accompanying brief. To the best of my belief, they are true and complete copies of what they purport to be.

```
                                                    [signature: Richard Pu]
Executed: New York, NY
          September 4, 2013
                                                    _____
                                                              Richard Pu
```