UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

               Plaintiffs,

- against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

               Defendants.
-------------------------------------------------------------------x

Civil Action No.
13-CV-375 (AKH) (KNF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Jonathan B. Bruno, sworn to on the 4th day of September 2013, the exhibit annexed thereto, and the accompanying Memorandum of Law, Defendants Daniel Hamner, M.D., Daniel Hamner Physician, P.C., Daniel Hamner, M.D., P.C., Richard Hamner, Erika Macbride, Raina Hamner, and Rae Baymiller, by their attorneys, KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Alvin K. Hellerstein in Courtroom 14D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 4, 2013 at 10:00 am, for an Order dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 4, 2013

                                   KAUFMAN BORGEEST & RYAN LLP

                                   */s/ Jonathan B. Bruno*

                                   Jonathan B. Bruno
                                   Stephanie B. Gitnik
                                   Alex N. Niederman
                                   *Attorneys for Defendants*
                                   *Daniel Hamner, M.D., Daniel Hamner Physician,*
                                   *P.C., Daniel Hamner, M.D., P.C., Richard Hamner,*
                                   *Erika Macbride, Raina Hamner, and Rae Baymiller*
                                   120 Broadway, 14th Floor
                                   New York, New York 10271
                                   (212) 980-9600
                                   KBR File No.: 862.216

2315571