UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

Civil Action No.
13-CV-375 (AKH) (KNF)

**AFFIDAVIT OF
JONATHAN B. BRUNO, ESQ.**

Plaintiffs,

- against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                    )SS.
COUNTY OF NEW YORK  )

JONATHAN B. BRUNO, being duly sworn, deposes and says:

1.   I am a member of the law firm of Kaufman Borgeest & Ryan LLP, attorneys for Defendants Daniel Hamner, M.D., Daniel Hamner Physician, P.C., Daniel Hamner, M.D., P.C., Richard Hamner, Erika Macbride, Raina Hamner, and Rae Baymiller in the above-referenced matter (collectively, "Defendants"). I submit this affidavit in support of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

2.   Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's Amended Complaint.

Dated: New York, New York
       September 4, 2013

_____
Jonathan B. Bruno

Sworn to before me this 4th day
of September, 2013

_____
NOTARY PUBLIC
REGINA MASSENBERG
Notary Public, State of New York
No. 01MA6039817
Qualified in Kings County
Commission Expires April 10, 20__

2315603