## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF MOTION, AFFIDAVIT OF JONATHAN B. BRUNO** with **SUPPORTING EXHIBIT "A"**, and **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** were served via ECF on the 4th day of September, 2013 upon:

Michael H. Bernstein, Esq.
John T. Seybert, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281

Richard Pu, Esq.
120 E. 90th Street, #10C
New York, New York 10128

*Jonathan Bruno*
JONATHAN B. BRUNO

2315773