| | |
|---|---|
| **From:** | allanchristopher@comcast.net |
| **To:** | Seybert, John |
| **Cc:** | Bernstein, Michael |
| **Subject:** | Status of 45 Day Extension |
| **Date:** | Saturday, March 16, 2013 2:30:28 PM |

John

On March 6, 2013 I sent, both to you and Michael, via standard USPS mail to your NYC office, hard copies of the Notice of Motion and the Affirmation in Support of Motion, for the agreed upon 45 day time extension starting on March 5, 2013 and ending on April 18, 2013. I also sent to the Pro Se office a Affirmation of Service in addition to the above two documents.

To date, I have not heard or received any confirmation that the time extension was received or approved

Could you please  confirm 1) receipt of the above documents and 2)  a Plaintiff's Affirmation in Support of Motion for the extension in time

Also, thank you or Michael for informing the defense law firm about a point of contact for the Estate of Anne. M. Christopher.  Alex Neiderman sent me had copies of the Motion to Dismiss along with a soft copy

Do you have any idea when the Honorable Alvin Hellerstein needs to reply to the Motion to Dismiss? I have not yet had a chance to check the Federal Rules of Civil Procedure (FRCP) to ascertain of there is a time limit.

thanks again

Allan