| | |
|---|---|
| **From:** | allanchristopher@comcast.net |
| **To:** | Seybert, John |
| **Cc:** | Thelma Christopher; DAVID CHRISTOPHER |
| **Subject:** | Re: Status of 45 Day Extension |
| **Date:** | Sunday, March 17, 2013 1:38:32 PM |

John

Thanks for the information. I will assume I have the requested 45 day time extension, until informed otherwise. I will also assume, since Judge Hellerstein has to rule on the motion, that any paper work, such as a Plaintiff's Affirmation in Support of Motion for the extension in time, has been generated and sent to Judge Hellerstein.

Allan

---

**From:** "John Seybert" <John.Seybert@sedgwicklaw.com>
**To:** allanchristopher@comcast.net
**Cc:** "Michael Bernstein" <Michael.Bernstein@sedgwicklaw.com>
**Sent:** Sunday, March 17, 2013 6:42:46 AM
**Subject:** Re: Status of 45 Day Extension

Mr. Christopher,

We did receive your motion for an extension time. I do not know when Judge Hellerstein will rule on your motion.

John

John T. Seybert
Sedgwick LLP
2 World Financial Center
225 Liberty Street, 28th Floor
New York, NY 10281
(212) 898-4028

On Mar 16, 2013, at 2:30 PM, "allanchristopher@comcast.net" <allanchristopher@comcast.net> wrote:

> John
>
> On March 6, 2013 I sent, both to you and Michael, via standard USPS mail to your NYC office, hard copies of the Notice of Motion and the Affirmation in Support of Motion, for the agreed upon 45 day time extension starting on March 5, 2013 and ending on April 18, 2013. I also sent to the Pro Se office a Affirmation of Service in addition to the above two documents.

To date, I have not heard or received any confirmation that the time extension was received or approved

Could you please  confirm 1) receipt of the above documents and 2)  a Plaintiff's Affirmation in Support of Motion for the extension in time

Also, thank you or Michael for informing the defense law firm about a point of contact for the Estate of Anne. M. Christopher.  Alex Neiderman sent me had copies of the Motion to Dismiss along with a soft copy

Do you have any idea when the Honorable Alvin Hellerstein needs to reply to the Motion to Dismiss? I have not yet had a chance to check the Federal Rules of Civil Procedure (FRCP) to ascertain of there is a time limit.

thanks again

Allan

--------------------------

The information in this email is intended for the named recipients only.  It may contain privileged and confidential matter.  If you have received this email in error, please notify the sender immediately by replying to this email.  Do not disclose the contents to anyone.  Thank you.

IRS Circular 230 Disclosure:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
--------------------------