# Sedgwick LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*John T. Seybert*
*212.898.4028*
*john.seybert@sedgwicklaw.com*

August 9, 2013

*Via Regular Mail*
Richard Pu, Esq.
120 E. 90th Street
Suite 10C
New York, New York 10128

Re: *Oxford Health Insurance, Inc.* v. *Daniel Hamner, et al.*
    Civ. Act. No. 13 Civ. 375
    File No.: 03246-000156

Dear Mr. Pu:

Enclosed are courtesy copies of the following documents filed with the Court: (1) Amended Complaint with Jury Demand; and (2) Amended Rule 7.1 Disclosure Statement.

Also, enclosed is a Summons issued to Allan Christopher as Executor of the Estate of Anne Christopher and a Waiver of the Summons. Please let me know if you will execute the Waiver of Summons and if so, please return it to me to avoid the cost of having to serve Mr. Christopher in this matter. Although the form states that you have sixty days to respond to the Amended Complaint, I believe that Judge Hellerstein's Order dated July 31, 2013 that responses to the Amended Complaint are due by August 23, 2013 controls in this matter.

Very truly yours,

*[signature]*

John T. Seybert
Sedgwick LLP

JTS
Enclosures

NY/1271590v1