INDEX # : 13 civ 375 (akh)
Date Filed:
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: Ed Hendrickson Sedgwick, LLP   PH: 212-898-4044
Address:   225 Liberty Street, 28th Flr  New York  NY  10281    File No.:

*OXFORD HEALTH INSURANCE, INC, ET AL*

*vs*   Plaintiff(s)/Petitioner(s)

*DANIEL HAMMER , M.D., ET AL*

Defendant(s)/Respondent(s)

STATE OF CONNECTICUT , COUNTY OF HARTFORD   SS.:   **AFFIDAVIT OF SERVICE**

ERIC RUBIN , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in CONNECTICUT. On September 16, 2013 at 14:20:00 , at WESTPORT PROBATE DISTRICT (50), TOWN HALL, 110 MYRTLE AVENUE, ROOM 100, WESTPORT, CT , deponent served the within Summons and Amended Complaint

on: **ALLAN CHRISTOPHER AS EXECUTOR FOR THE ESTATE OF ANNE M. CHRISTOPHER** , **Defendant** therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2   By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [X]   By delivering a true copy of each to SHIRLEY DELUCA a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#5 MAIL COPY [X]   On September 17, 2013 , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of CONNECTICUT.

#6 DESCRIPTION [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Gray   Age: 80   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features: Glasses

#7 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of CONNECTICUT and was informed that recipient was not. Recipient wore ordinary civilian clothes and no

#9 OTHER

Sworn to before me on   September 17, 2013

ERIC RUBIN
Server's Lic #
Invoice/Work Order # 13019122

*SPS-DCA LIC NO. #808275, 401 B'way-Ste.1006, NY, NY 10013, (P)212-226-3322- (F)212-431-9485* www.sav-onprocess.com