## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** were served via ECF and regular mail on the 30th day of September, 2013 upon:

Michael H. Bernstein, Esq.
John T. Seybert, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281

Richard Pu, Esq.
120 E. 90th Street, #10C
New York, New York 10128

_____
JONATHAN B. BRUNO

2353575