# kbr
**KAUFMAN BORGEEST & RYAN LLP**

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600 FAX: 212.980.9291 WWW.KBRLAW.COM

September 30, 2013

JONATHAN BRUNO
DIRECT: 914.449.1023
JBRUNO@KBRLAW.COM

**VIA FACSIMILE: (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Court for the
Southern District Court of New York
500 Pearl Street, Room 1050
New York, New York 10007

RECEIVED
30 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/13

Re: Oxford Health Insurance, Inc. et. al. v. Daniel Hamner, M.D., et. al.
USDC/SDNY Case No.: 13 CV375 (AKH)

Dear Judge Hellerstein:

We represent defendants Daniel Hamner, M.D., Daniel Hamner Physician, P.C., Daniel Hamner, M.D., P.C., Richard Hamner, Erika Macbride, Raina Hamner and Rae Baymiller in the above-captioned matter.

In accordance with Rule 1(C) of your Individual Rules, we write to request an adjournment of the October 4, 2013 status conference so that we may continue our settlement discussions with Plaintiffs' counsel. There have been no previous requests to adjourn the conference and all parties consent to this request.

We are not requesting an adjournment of the deadline for defendants to serve the reply briefs in support of their motions to dismiss the Amended Complaint. Thank you for your consideration.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Jonathan B. Bruno

cc: Michael H. Bernstein, Esq. (via e-mail)
John T. Seybert, Esq. (via e-mail)
Richard Pu, Esq. (via e-mail)

*[Handwritten note:]* The conf. adjourned to Nov. 1, 2013, 10:00 a.m.
9-30-13
*[signature]*