UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

OXFORD HEALTH INSURANCE, INC.,                Index No. 13 Civ 375
OXFORD HEALTH PLANS (NY), INC.,               (AKH, J.)(ECF Case)
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC., and                NOTICE OF MOTION
UNITED HEALTHCARE SERVICES, INC.,

                    Plaintiffs,

          -against-

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER,
M.D., P.C., ALLAN CHRISTOPHER AS
EXECUTOR FOR THE eSTATE OF ANNE M.
CHRISTOPHER, RICHARD HAMNER,
ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

                    Defendants.

---------------------------------X


S I R S :

     PLEASE TAKE NOTICE THAT, upon the annexed Pu Declaration and

the Appendix annexed thereto, and the accompanying brief, and

upon all the prior papers filed and proceedings had herein, the

undersigned will move this Court, on   11/1/13   before the Hon.

Alvin K. Hellerstein, at 500 Pearl Street, New York, NY, Rm. _

1050  , New York, NY at 10:00 a.m. or as soon thereafter as

counsel can be heard, for orders an order pursuant to Local Rule

6.3 granting reconsideration of its 10/9/13 Decision denying

Allan Christopher motion to quash service of the Amended

Complaint and supplement Summons, and for further relief as the Court deems just and proper.


Dated: New York, NY
       October 11, 2013



_____
    Richard Pu, Esq. (RP2321)
     Attorney for Defendant
  Allan Christopher as Executor
    of Estate of Anne M.
        Christopher

    120 E. 90th St., 10C
    New York, NY 10128
    (212) 427-3665 (o)