```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

              Plaintiffs,

- against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

              Defendants.

————————————————————————x

Civil Action No.
13-CV-375 (AKH) (KNF)

**STIPULATION EXTENDING
TIME TO ANSWER
AMENDED COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the

time for Defendants Daniel Hamner, M.D., Daniel Hamner Physician, P.C. and Daniel Hamner,

M.D., P.C., Richard Hamner, Erika Macbride, Raina Hamner, and Rae Baymiller to answer the

Amended Complaint be extended up to and including October 31, 2013. Facsimile and email

copies of this stipulation shall have the same force and effect as an original copy.

Dated: New York, New York
       October 22, 2013

SEDGWICK LLP

_____
    Michael H. Bernstein, Esq.
    John T. Seybert, Esq.
*Attorneys for Plaintiffs*
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
(212) 422-020

KAUFMAN BORGEEST & RYAN LLP

_____
    Jonathan B. Bruno
    Stephanie B. Gitnik
    Alex N. Niederman
*Attorneys for Defendants Daniel Hamner, M.D.,
Daniel Hamner Physician, P.C., Daniel Hamner,
M.D., P.C., Richard Hamner, Erika Macbride,
Raina Hamner, and Rae Baymiller*
120 Broadway, 14th Floor
New York, New York 10271
(212) 980-9600
KBR File No.: 862.216

2376099