UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
OXFORD HEALTH INSURANCE, INC., OXFORD
HEALTH PLANS (NY), INC., UNITED                    Civil. Action No.
HEALTHCARE INSURANCE COMPANY OF                    13-CV-375 (AKH)(KNF)
NEW YORK, INC. and UNITED HEALTHCARE
SERVICES, INC.,

                               Plaintiffs,             **NOTICE OF**
           -against-                                **CROSS-MOTION**

DANIEL HAMNER, M.D., DANIEL HAMNER               **DOCUMENT**
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,      **ELECTRONICALLY**
ALLAN CHRISTOPHER AS EXECUTOR FOR                **FILED**
THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE,
RAINA HAMNER and RAE BAYMILLER,

                               Defendants.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and upon all pleadings and prior proceedings heretofore had herein, Plaintiffs Oxford Health Insurance, Inc., Oxford Health Plans (NY), Inc., United Healthcare Insurance Company of New York, Inc. and United HealthCare Services, Inc. ("Plaintiffs"), by their attorneys, Sedgwick LLP, will move this Court at a date and time designated by the Court, before the Honorable Alvin K. Hellerstein, at 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an Order pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, granting Plaintiffs' cross-motion for reasonable costs and attorney's fees incurred in having to formally effectuate service upon Defendant Allan Christopher as Executor for the Estate of Anne M. Christopher (the "Executor") and attorney's fees incurred in opposing the Executor's vexatious motion for reconsideration, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 24, 2013

Respectfully submitted,

SEDGWICK LLP

   s/ Michael H. Benrstein
Michael H. Bernstein  (MB 0579)
John T. Seybert  (JS 5014)
Attorneys for Plaintiffs
OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITEDHEALTHCARE INSURANCE COMPANY
OF NEW YORK, INC.,  AND UNITED
HEALTHCARE SERVICES, INC.
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
Email:  michael.bernstein@sedgwicklaw.com
Email:  john.seybert@sedgwicklaw.com

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served via ECF on October 24, 2013, upon the following:

Richard Pu, Esq.
RICHARD PU, P.C.
120 East 90th Street, Suite 10C
New York, New York 10128
Telephone: (212) 427-3665
*Attorneys for Defendant*
*Allan Christopher, as Executor for The Estate of Anne M. Christopher*

Jonathan B. Bruno, Esq.
KAUFMAN BORGEEST & RYAN LLP
120 Broadway, 14th floor
New York, New York 10271
Telephone: (212) 980-9600
*Attorneys for Defendants*
*Daniel Hamner, M.D., Daniel Hamner Physician, P.C.,*
*Daniel Hamner M.D., P.C., Richard Hamner, Erika*
*Macbride, Raina Hamner and Rae Baymiller*

Dated: New York, New York
October 24, 2013

                                               s/ Michael H. Bernstein
                                               MICHAEL H. BERNSTEIN (MB 0579)