


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2013

RICHARD PU, ATTORNEY AT LAW
PRACTICING IN THE FEDERAL COURTS
120 E. 90TH ST., 10C
NEW YORK, NY 10128
E-MAIL: richard@newyorklitigator.com
(212) 427-3665 (O) (212) 427-6057 (FAX)

October 21, 2013

Christopher's motion for reconsideration having been denied, his answer is due, along with those of the other defendants, on Oct. 31, 2013. AKH 10/24/13

By Fax Only

Hon. Alvin K. Hellerstein
(212) 805-7942 (fax)

Re: Oxford Health Ins. v. David Hamner, 13-CIV-375 (AKH)

Dear Judge Hellerstein:

I represent Defendant Allan Christopher ("AC") in this RICO action alleging insurance fraud. I seek an extension of AC's time to answer until ten days after a decision on AC's motion for reconsideration. I'm concerned that answering may waive the objection to lack of personal jurisdiction.

Briefly, 1) on 10/9/13, the Court denied AC's motion to dismiss, 2) on 10/11/13 AC moved for reconsideration on just the question of whether he had been effectively served.

Thus: i) AC's answer is due 10/23/13; ii) no previous requests for adjournment have been made; iv) all parties have consented; v) I assume you will decide AC's motion for reconsideration within one month, and therefore propose a one-month adjournment of the dates in a proposed Case Management Plan to be submitted to you on 11/1:

| Subject | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery | 4/15/14 | 5/15/14 |
| Joinder | 12/16/13 | 1/16/14 |
| Dispositive motions | 5/15/14 | 6/15/14 |
| Settlement conference | 6/20/14 | 7/20/14 |
| Initial disclosures | 11/8/13 | 12/8/13 |
| Initial discovery demands | 11/22/13 | 12/22/13 |

| Depositions | no date given | no change |
|---|---|---|
| Responses to discovery demands | 12/23/13 | 1/23/14 |
| Supplemental discovery demands | 3/14/14 | 4/14/14 |

Thank you for considering this request.

Sincerely

Richard Pu

cc by fax: Bruno, Seybert