UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and
UNITED HEALTHCARE SERVICES, INC.

Civil Action No.
13-CV-375 (AKH) (KNF)

**RULE 7.1 CORPORATE DISCLOSURE**

                    Plaintiffs,

       - against -

DANIEL HAMNER, M.D., DANIEL HAMNER
PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
ALLAN CHRISTOPHER AS EXECUTOR FOR THE
ESTATE OF ANNE M. CHRISTOPHER, RICHARD
HAMNER, ERIKA MACBRIDE, RAINA HAMNER and
RAE BAYMILLER,

                    Defendants.
-------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** Defendants Daniel Hamner Physician, P.C. and Daniel Hamner, M.D., P.C., submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1:

Daniel Hamner M.D. P.C., s/h/a "Daniel Hamner M.D., P.C." and f/k/a "Daniel Hamner Physician P.C." until June 6, 2001, has no parent corporation and no corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
       October 31, 2013

                                                 KAUFMAN BORGEEST & RYAN LLP

                                                 _____
                                                    Jonathan B. Bruno
                                                    Stephanie B. Gitnik
                                                    Alex N. Niederman
                                                *Attorneys for Defendants*
                                                *Daniel Hamner, M.D., Daniel Hamner Physician,*
                                                *P.C., Daniel Hamner, M.D., P.C., Richard Hamner,*
                                                *Erika Macbride, Raina Hamner, and Rae Baymiller*
                                                120 Broadway, 14th Floor
                                                New York, New York 10271
                                                (212) 980-9600
                                                KBR File No.: 862.216

2385295