ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/13

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 12/3/13
        by Order of Judge Alvin K. Hellerstein

Re: Oxford Health Ins., Inc., et al. v. Daniel Hammer, M.D., et al. - 13 Civ. 375 (AKH)

The status conf. previously scheduled for 12/6/13 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

>       Date: 12/12/2013
>       Time: 10:00 am
>       Place: U.S. Courthouse - Southern District of New York
>              500 Pearl Street
>              Courtroom 14D
>              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
12/3/13