


**ATTORNEYS AT LAW**

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/13

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

December 19, 2013

*Via Facsimile [(212) 805-7942]*
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

So ordered.
*Al. K. [signature]*
12/20/2013

Re: *Oxford Health Ins., Inc., et al. v. Daniel Hamner, M.D., et al.,*
    Civ. Action No.: 13-CV-375 (AKH)(KNF)
    File No.: 03246-000156

Dear Judge Hellerstein:

This office represents the Plaintiffs in the above-referenced action. We write to clarify the date for the next court conference. At the conference held on December 12, 2013, counsel understood that the next conference would be scheduled for January 3, 2014. The docket entry issued December 13 indicates that the date of the next conference January 13, 2014. After conferring with counsel, we believe the date and time set for the conference should be January 3, 2014 at 10:00 A.M. and request that the docket be corrected to reflect that date.

Thank you for your consideration of this matter

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc:  Richard Pu, Esq.
     Jonathan B. Bruno, Esq.

DOCS/18140688v1