USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/14

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 1/2/14
        by Order of Judge Alvin K. Hellerstein

Re: Oxford Health Insurance, Inc. v. Daniel Hammer, M.D., et al. - 13 Civ. 375 (AKH)

The status conf. scheduled for 1/3/14 is hereby adjourned.

You are hereby notified that you are required to appear for a pre-trial conf.

    Date: 1/17/2014
    Time: 10:00 am
    Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
1/2/14