ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 15, 2014

*Via Facsimile ((212) 805-7942)*

Hon. Alvin K. Hellerstein
United States District Court Judge
United States District Court For the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:_____
DATE: 1/16/14

Re: *Oxford Health Ins. Inc.* v. *Hamner, et al.*
   Civ. Act. No.:   13 Civ. 375 (AKH)
   Sedgwick File No.:   03246-000156

Dear Judge Hellerstein:

This office represents Plaintiffs in the above-referenced action. We write to request that the court conference scheduled for Friday, January 17, 2014 be canceled. The purpose of the conference was to discuss the status of settlement negotiations between the parties. We do not think a settlement conference at this time will be productive. The parties will continue their informal settlement discussions and negotiations. However, the parties need to exchange some additional information and review it in connection with settlement discussions, which we have not been able to accomplish in advance of the conference date.

All of the parties consent to the cancelation of the conference. A prior request for an adjournment of this conference was made and granted. The cancelation of this conference does not affect any other dates set in the Case Management plan. In the event the parties believe that, in the future, a settlement conference may assist the parties in reaching an amicable resolution of the matter, we will notify the Court.

Thank you for your time and attention to this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP