Hellerstein, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH
PLANS (NY), INC., UNITED HEALTHCARE INSURANCE
COMPANY OF NEW YORK, INC. and UNITED HEALTHCARE
SERVICES, INC.,

Civ. Act. No. 13-cv-375
(AKH)(KNF)

Plaintiffs,

-against-

**STIPULATION OF
DISMISSAL
WITHOUT
PREJUDICE**

DANIEL HAMNER, M.D., DANIEL HAMNER PHYSICIAN, P.C.,
DANIEL HAMNER, M.D., P.C., ALLAN CHRISTOPHER AS
EXECUTOR FOR THE ESTATE OF ANNE M. CHRISTOPHER,
RICHARD HAMNER, ERIKA MACBRIDE, RAINA HAMNER
and RAE BAYMILLER,

Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendants, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiffs against defendants and cross-claims by defendant Allan Christopher as executor for the Estate of Anne M. Christopher (the "Executor") against the remaining defendants in the above-captioned action are dismissed without prejudice, and without costs or attorneys' fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that all pending motions, including the Executor's motion to compel discovery responses from co-defendants, are withdrawn without prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

18773815v1

Dated: New York, New York
       May 13, 2014

SEDGWICK LLP

_/s/ Michael H. Bernstein_

Michael H. Bernstein (MB 0579)
John T. Seybert (JS 5014)
Attorneys for Plaintiffs
OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH PLANS (NY), INC.,
UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, INC. AND UNITED HEALTHCARE SERVICES, INC.
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202

KAUFMAN BORGEEST & RYAN LLP

_/s/ Jonathan Bruno_

Jonathan B. Bruno
Alex N. Niederman
Attorneys for Defendants
DANIEL HAMNER, M.D., DANIEL HAMNER PHYSICIAN, P.C., DANIEL HAMNER, M.D., P.C.,
RICHARD HAMNER, ERIKA MACBRIDE, RAINA HAMNER, AND RAE BAYMILLER
120 Broadway, 14th Floor
New York, New York 10271
Telephone: (212) 980-9600

RICHARD PU, ESQ.

_/s/ Richard Pu_

Richard Pu (RP 2321)
Attorney for Defendant
ALLAN CHRISTOPHER AS EXECUTOR FOR THE ESTATE OF ANNE M. CHRISTOPHER
120 East 90th Street, 10C
New York, New York 10128
Telephone: (212) 427-3665

**SO ORDERED:**

_/s/_
**U.S.D.J.**
5/27/14

18773815v1

2